**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **STEPHANE WANTOU,**<br>*Plaintiff,* | § § § § § § § § § | |
| **v.** | | **MO:24-CV-00216-DC** |
| **WALMART INC.,**<br>*Defendant.* | | |

## ORDER

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Ronald C. Griffin (Doc. 50) concerning Defendant Walmart, Inc.'s ("Defendant") Motion to Dismiss Plaintiff's Second Amended Complaint. (Doc. 39). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Griffin issued his report and recommendation on October 8, 2025. As of the date of this Order, neither party has filed objections.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no party has

filed timely objections, the Court reviews the Report and Recommendation for clear error, finding none.

Defendant's Motion to Dismiss is therefore **GRANTED IN PART** and **DENIED IN PART**. (Doc. 39). Defendant's Motion is **GRANTED** as to Plaintiff's claims of ADA discrimination, ADA retaliation, ADA associational discrimination, promissory estoppel, fraud, and fraudulent inducement and **DENIED** as to Plaintiff's claims of FMLA retaliation, race and national origin discrimination under Title VII, and discrimination under § 1981. Plaintiff's claims of ADA discrimination, ADA retaliation, ADA associational discrimination, promissory estoppel, fraud, and fraudulent inducement are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED this 24th day of October, 2025.**

**DAVID  COUNTS**
**UNITED STATES DISTRICT JUDGE**